**Order entered July 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00577-CR

**GARRY DEAN STRONER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-33918-R**

## ORDER

The Court **GRANTS** the State's July 5, 2013 motion for extension of time to file the State's brief.

We **ORDER** the Clerk of the Court to file the brief tendered as of the date of this order.

/s/     CAROLYN WRIGHT
         CHIEF JUSTICE